UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| QOMPLX LLC, | ) | Civil Action No. 1:25-cv-01383-ADA |
| | ) | |
| Plaintiff, | ) | Jury Trial Demanded |
| | ) | |
| v. | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Defendant. | | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

On December 15, 2025, Plaintiff QOMPLX LLC and Defendant Microsoft Corporation (collectively, the "Parties") jointly requested the Court enter an agreed-upon proposed Scheduling Order. *See* Dkt. 38. The Court entered the proposed Scheduling Order on December 16, 2025, as submitted by the Parties. *See* Dkt. 39.

It subsequently came to the Parties' attention that two of the deadlines in the Scheduling Order (for Rebuttal Expert Reports and Close of Expert Discovery) should have been dated as due in 2027, instead of 2026.

Accordingly, the Parties hereby jointly request the Court enter the Amended Scheduling Order attached as **Exhibit A,** which differs from the current Scheduling Order only with regard to the following two deadlines:

| Item | Current Deadline | Corrected Deadline |
|---|---|---|
| Rebuttal Expert Reports. | 2/22/2026 | 2/22/2027 |
| Close of Expert Discovery. | 3/15/2026 | 3/15/2027 |

Dated: December 19, 2025

4929-5407-6803

Respectfully submitted,

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas Bar No. 00796136
pamstutz@scottdoug.com
Robert Pierce "Robby" Earle
Texas Bar No. 24124566
rearle@scottdoug.com
SCOTT DOUGLASS MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399

Alan J. Heinrich (*pro hac vice*)
aheinrich@irell.com
Ian R. Washburn (*pro hac vice*)
iwashburn@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel:  (310) 277-1010
Fax:  (310) 203-7199

**COUNSEL FOR PLAINTIFF**

*/s/ John Guaragna*
Sean Cunningham
Admitted in the Western District of Texas
Erin Gibson
Admitted in the Western District of Texas
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC  20004
Telephone: (202) 799-4000
Facsimile:  (202) 799-5000

John M. Guaragna
Texas Bar No. 24043308
Zachary Loney
Texas Bar No. 24092714
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX  78701
Telephone: (512) 457-7000

Facsimile: (512) 457-7001
john.guaragna@us.dlapiper.com
zachary.loney@us.dlapiper.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 19, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

3

4929-5407-6803